AO 10
Rev 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR ~~2008~~ 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br>Wolle, Charles R. | 2. Court or Organization<br>US District Court<br>Southern District of Iowa | 3. Date of Report<br>4-18-2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br>Senior US District Judge (SDIA) | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>January 1, 2009<br>to<br>December 31, 2009 |
| 7. Chambers or Office Address<br>410 US Courthouse Annex<br>130 East Court Street<br>Des Moines, Iowa 50309 | 8 On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2. | |
| 3 | |
| 4 | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only, see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | April 18, 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Northwestern Univ Judicial Education | 2009 5-3 To 5-5 | Chicago, IL | Neuroscience | Meals, Hotel, Transportation |
| 2 | Geo. Mason Univ Law + Economics | 10-21 To 10-24 | La Jolla, CA | The Strategic Constitution | Meals, Hotel, Transportation |
| 3 | Federal Judicial Center | 6-7 To 6-10 | Boston, MA | Seminar on Law + Science | Meals, Hotel, Transportation |
| 4 | Federal Judicial Center | 11-10 To 11-13 | Reno, NV | Seminar on Water + Environment Law | Meals, Hotel, Transportation |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | April 18, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children, see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| *Charles R. Wolle* | *4-18-2010* |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

ML = Merrill Lynch

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ML IRRA - Directed | | | | | | | | | |
| # 1 Blackrock Global Fund | A | div | K | T | | | | | |
| # 2 Blackrock Govt Inc. Fund | A | div | J | T | | | | | |
| 3 L 1 Identity Solutions Common | A | div | J | T | | | | | |
| 4 ML Rollover IRRA Berkshire Hath B Shrs | A | div | L | T | | | | | |
| 5 BP Amoco PLC ADR | A | div | J | T | | | | | |
| 6 Irish Inv. Fund | A | div | | T | | | | | |
| 7 Progressive Ret Fund | A | div | J | T | | | | | |
| 8 General Elec. Common | A | div | J | T | BUY MORE | 1/6 | J | | |
| 9 Hellenic Tele ADR | A | div | J | T | | | | | |
| 10 Intel Common | A | div | J | T | | | | | |
| 11. Johnson + Johnson Common | A | div | L | T | | | | | |
| 12 Microsoft Common | A | div | K | T | | | | | |
| 13 Pfizer Common | A | div | J | T | | | | | |
| 14 Walmart Common | A | div | J | T | | | | | |
| 15 ML Bank USA | A | div | J | T | | | | | |
| 16 Fidelity Adv Mut Fund | A | div | J | T | | | | | |
| 17 United Parcel Common | A | div | J | T | | | | | |

1 Income Gain Codes: A $1,000 or less; B $1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E -$15,001 $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G -$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 = More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-18-2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 ML Rollover IRRA Time Warner Cable | | | | | | | | | |
| 19 Time Warner Common | | | | | | | | | |
| 20 Travelers Cos Inc | | | | | | | | | |
| 21 Corning Inc Common | | | | | | | | | |
| 22 Oracle Corp Common | | | | | | | | | |
| 23 SUN Microsystems Com | | | | | | | | | |
| 24 VANGUARD COST IRRA Rollover Funds Vanguard 500 Index | A | div | K | T | | | | | |
| 25 Vanguard Emerging MKTs | A | div | L | T | | | | | |
| 26 Vanguard European Fund | A | div | K | T | | | | | |
| 27 Vanguard Pacific Stock Fd | A | div | K | T | | | | | |
| 28 ML IRRA Directed (cont.) General Growth Properties | A | div | J | T | | | | | |
| 29 ML Rollover IRRA (cont.) Int Game Tech Common | A | div | K | T | Bought More | 3/13 | J | | |
| 30 RAE Systems Common | A | div | J | T | | | | | |
| 31 SKF AB 2nd Half Fund ML Rollover IRRA (cont.) | A | div div | J K | T T | Sold | 7/7 | K | | |
| 32 Wells Fargo Common | A | div | | | | | | | |
| 33 Google Inc Common | A | div | | | | | | | |
| 34 Accenture LTd CLA | A(X) | div | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 $100,000 | G =$100,001 $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 $100 000 | M =$100 001 $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1 000 000 | P1 =$1,000 001 - $5 000 000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 $25 000 001 - $50 000 000 | | P4 =More than $50 000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolfe | 4-18-2000 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div, rent,<br>or int) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 ML Rollover IRRA Directed (cont) <br> FRANKLIN Natural Resources Fund | A | div | J | T | | | | | |
| 36 Petroleo Bras VTG ADR | A | div | J | T | | | | | |
| 37. Cisco Systems Common | A | div | J | T | | | | | |
| 38. Walgreen Co Common | A | div | J | T | | | | | |
| 39 ML IRRA Directed Grp <br> Federal Home Loan Mtg | A | div | L | T | BUY | 7/13 | L | | |
| 40 Berkshire Hath B Shares | A | div | K | T | BUY | 7/13 | K | | |
| 41. Cisco Systems Common | A | div | J | T | BUY | 12/23 | | | |
| 42 CVS Corp Common | A | div | J | T | BUY | 12/23 | | | |
| 43 Exxon Mobile Common | A | div | J | T | BUY | 7/13 | | | |
| 44 General Mills Inc Comm | A | div | J | T | BUY | 7/13 | | | |
| 45 I Shares Dow Trans Avg Index | A | div | J | T | BUY | 12/23 | | | |
| 46 Proctor + Gamble Co | A | div | J | T | BUY | 7/13 | | | |
| 47 | | | | | | | | | |
| 48. | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    F = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2 Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-18-2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

≠ VII p. 4 - ll 1 + 2 Merrill Lynch IRRA - Blackrock Global Fund and Blackrock Govt Income Fund were successors To Merrill Lynch Funds, with invested funds consolidated in these Two Funds in 2009.

≠ p. 5 - l 31 A Calvert Global Alt. Fund purchased in 2008 - out of sequence from last report - not in an IRRA

| Name of Person Reporting | Date of Report |
|---|---|
| *Charles R Wolle* | *April 18, 2010* |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REP ... MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to.

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D C. 20544